AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00057 |
| Nancy Barron | ) Assigned to: Judge Harvey, G. Michael. |
| | ) Assign Date: 3/11/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  __Nancy Barron__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __03/11/2022__                                      _/s/ G. Michael Harvey_
                                                          Digitally signed by G. Michael Harvey
                                                          Date: 2022.03.11 11:18:13 -05'00'
                                                          *Issuing officer's signature*

City and state:    __Washington, D.C.__                  G. Michael Harvey, U.S. Magistrate Judge
                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* __3/11/2022__, and the person was arrested on *(date)* __3/15/2022__
at *(city and state)* __New Albany, IN__.

Date: __3/15/2022__                                       _/s/ Russell G Warlick_
                                                          *Arresting officer's signature*

                                                          Russell G Warlick, Special Agent
                                                          *Printed name and title*